FILED

2020 Dec-18  PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DEWAYNE WALKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-01805-ACA-SGC |
| | ) | |
| LEON BOLLING, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

On November 5, 2020, the magistrate judge entered a report recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied. (Doc. 9).  Although the magistrate judge advised the parties of their right to file objections within fourteen calendar days, the court has not received objections or any other response within the prescribed time.

After careful consideration of the record in this case and the magistrate judge's report, the court finds that the claims presented in this matter are due to be dismissed with prejudice and that a certificate of appealability is due to be denied. Accordingly, the court **WILL ADOPT** the magistrate judge's report and **WILL ACCEPT** her recommendation.

A separate order will be entered.

**DONE** and **ORDERED** this December 18, 2020.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE